

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

Devon Energy Production Company, L.P.,    * From the 118th District Court
of Glasscock County,
Trial Court No. 1895.

Vs. No. 11-23-00083-CV            * January 4, 2024

McClure Oil Company, Inc. and       * Per Curiam Memorandum Opinion
Fina 945 L.C.,                            (Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Williams, J., not participating)

—and—

Driver Production, L.P., et al.,

Vs. No. 11-23-00083-CV

Devon Energy Production Company, L.P., et al.,

This court has inspected the record in this cause and concludes that the appeal should be dismissed in part for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed in part. The portion of the appeal relating to Gale Kloesel is dismissed. The appeal remains active with respect to the remaining parties. The costs incurred by reason of the dismissed portion of this appeal are taxed against Gale Kloesel.